# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Directv, Inc.,

    Plaintiff(s),

vs.

Sabin Free,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv445

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2006 Order.

August 4, 2006

FRANK G. JOHNS, CLERK

BY: *(signed)* Cynthia Huntley, Deputy Clerk